IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

:
:
:
:
: Judge Jeffery P. Hopkins
:
:
:
:
:
:

**ORDER**

There are one or more motions for summary judgment pending in the instant action. To the extent that the parties have not done so already, the parties are hereby **ORDERED** to submit "Proposed Undisputed Facts" and a "Response to Proposed Undisputed Facts" as required by Section II.F.6.b. of this Court's Standing Order Governing Civil Cases (available at https://www.ohsd.uscourts.gov/FPHopkins). Movants must file "Proposed Undisputed Facts" within twenty-one (21) days from the date of this Order. Opponents shall file their "Response to Proposed Undisputed Facts" not more than fourteen (14) days thereafter.

IT IS SO ORDERED.

August 23, 2024

Jeffery P. Hopkins
United States District Judge

| | |
|---|---|
| 1:19-cv-00692-JPH | *Collins v. Central Railroad of Indiana et al* |
| 1:20-cv-00947-JPH | *Ward et al v. Highland County Sheriff's Department, et al* |
| 1:20-cv-00972-JPH | *Mamedova et al v. USCIS et al* |
| 1:20-cv-00989-JPH | *Bayong et al v. County of Butler of the State of Ohio et al* |
| 1:21-cv-00364-JPH | *Benty v. Butler County, Ohio et al* |
| 1:21-cv-00533-JPH | *Breitenstein v. Deters et al* |
| 1:22-cv-00016-JPH | *Norman v. Johnson Controls Fire Protection LP* |
| 1:22-cv-00390-JPH | *McGraw v. LEM Products Distribution, LLC* |
| 1:23-cv-00296-JPH | *Lucke Commons Office Condominium Association, Inc. v. Frankenmuth Mutual Insurance Company* |